```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**4UPROMOTIONS, INC.,**

       Plaintiff,

                                         Civil Action 2:15-cv-1673
   vs.                              Magistrate Judge King

**EXCELLENCE IN TRAVEL, LLC,**
*et al.,*

       Defendants.


## ORDER

Upon motion, ECF No. 57, and for good cause shown, plaintiff is **GRANTED** leave to file its reply memorandum, and the exhibits attached thereto, under seal. The Court notes that a redacted version of these documents has been filed on the public record.

February 15, 2017                                         *s/Norah McCann King*
                                                              Norah McCann King
                                                United States Magistrate Judge